IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID MICHAEL COLEY,

    Plaintiff,

v.                                    CASE NO.: 4:09cv434-SPM/WCS

GADSDEN COUNTY
SCHOOL BOARD,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 22) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of November, 2010.

                                          _s/ Stephan P. Mickle_
                                          Stephan P. Mickle
                                          Chief United States District Judge